# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEVINE | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| v. | |
| VOYAGER FLEET SYSTEMS, INC. and U.S. BANCORP | **C07 03710 JL** |

TO: (Name and address of defendant)

VOYAGER FLEET SYSTEMS, INC.
300 Barker Cypress Road, Suite 250
Houston, TX 77094
Agent for Service of Process:
CT CORPORATION SYSTEM
818 West Seventh Street
Los Angeles, CA 90017

U.S. BANCORP
800 Nicollet Mall
Minneapolis, Minnesota 55402
Agent for Service of Process:
CT CORPORATION SYSTEM
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James L. Jacobs, State Bar No. 158277
Kimberly A. Donovan, State Bar No. 160729
Robert W. Luckinbill, State Bar No. 131977
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, California 94043

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 7-18-07

(BY) DEPUTY CLERK
SANDY MORRIS

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____              _____
                        Date                                                         Signature of Server

                                                                            _____
                                                                            Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure