JAMES L. JACOBS, State Bar No. 158277, jjacobs@gcalaw.com
KIMBERLY A. DONOVAN, State Bar No. 160729, kdonovan@gcalaw.com
ROBERT W. LUCKINBILL, State Bar No. 131977, rluckinb@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900 - Phone
(650) 428-3901 - Fax

Attorneys for Plaintiff DAVID LEVINE

FILED
2007 JUL 18 P 2:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID LEVINE

    Plaintiff,

vs.

VOYAGER FLEET SYSTEMS, INC. and US BANCORP

    Defendant

C07 03710 JL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DAVID LEVINE

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 18, 2007

GCA LAW PARTNERS LLP
JAMES L. JACOBS
KIMBERLY A. DONOVAN
ROBERT W. LUCKINBILL

By: _____
James L. Jacobs

Attorneys for Plaintiff
DAVID LEVINE

Case No.:
Certification of Interested Entities or Persons

-1-