UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LEVINE

        Plaintiff(s),

    v.

VOYAGER FLEET SYSTEMS, INC.

        Defendant(s).

_____/

No. 07-03710 JL

NOTICE OF CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the case management conference scheduled for October 24, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to November 28, 2007 @ 10:30 a.m..

Dated:  October 16, 2007

_____
*Wings Hom*

Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE