JAMES L. JACOBS, State Bar No. 158277, jjacobs@gcalaw.com
KIMBERLY A. DONOVAN, State Bar No. 160729, kdonovan@gcalaw.com
ROBERT W. LUCKINBILL, State Bar No. 131977, rluckinb@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
(650) 428-3900 - Phone
(650) 428-3901 – Fax

Attorneys for Plaintiff
DAVID LEVINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID LEVINE<br><br>    Plaintiff,<br><br>    vs.<br><br>VOYAGER FLEET SYSTEMS, INC. and US BANCORP<br><br>    Defendant | No. C07 03710 JL<br><br>**NOTICE OF DISMISSAL PURSUANT TO FRCP § 41(a)(1)** |

Pursuant to FRCP § 41(a)(1), Plaintiff requests dismissal of his claims against Defendants WITH PREJUDICE. Defendants have not yet filed any Answers in this matter.

Dated: November 19, 2007

JAMES L. JACOBS
KIMBERLY A. DONOVAN
ROBERT W. LUCKINBILL
GCA LAW PARTNERS LLP

By: /s/ James L. Jacobs
    James L. Jacobs

Attorneys for Plaintiff
DAVID LEVINE

NOTICE OF DISMISSAL                -1-